UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN ANDERSON,

    Plaintiff,

v.                              CASE NO.:  6:16-cv-279-Orl-41TBS

SELENE FINANCE LP,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, John Anderson, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached a settlement of this matter and this action may be withdrawn from the two week trial period beginning September 5, 2017.

                                       */s/ Jared M. Lee*
                                       Jared M. Lee, Esquire
                                       Florida Bar No.:  0052284
                                       Morgan & Morgan, Tampa, P.A.
                                       20 N. Orange Ave., Ste. 1600
                                       Orlando, FL 32801
                                       Tele:  (407) 420-1414
                                       Fax:  (407) 245-3485
                                       Email:  JLee@ ForThePeople.com
                                                       MRathbun@ForThePeople.com
                                       *Counsel for Plaintiff(s)/Claimant(s)*

**Certificate of Service:**

I HEREBY CERTIFY on this 18th day of October, 2016, I electronically filed the foregoing document with the United States District Court, Middle District of Florida, Orlando Division by using the CM/ECF system. I certify the following parties or their

counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Jacqueline A. Simms-Petredis, Esquire,
Laura W. Tanner, Esquire, and
Matthew Mitchell
Burr & Forman LLP
201 North Franklin Street
Suite 3200
Tampa, FL 33602
Tel:  (813) 221-2626
Email:  JSimms-Petredis@Burr.com;
　　　　LTanner@Burr.com;
　　　　ANolting@Burr.com;
　　　　MMitchell@Burr.com; and
　　　　CWingate@Burr.com

　　　　　　　　　　　　　　　　　　　　 /s/ Jared M. Lee
　　　　　　　　　　　　　　　　　　　　Jared M. Lee, Esquire